174 So.2d 705

Henry HICKERSON

v.

STATE.

8 Div. 196.

Supreme Court of Alabama.

April 22, 1965.

Henry Hickerson, pro se.

Richmond M. Flowers, Atty. Gen., opposed.

COLEMAN, Justice.

Petition of Henry Hickerson for certiorari to the Court of Appeals to review and revise the judgment and decision in Hickerson v. State, 174 So.2d 705 (8 Div. 987).

Writ denied.

LIVINGSTON, C. J., and LAWSON and GOODWYN, JJ., concur.

177 So.2d 924

Wilson JAMES

v.

STATE.

2 Div. 477.

Supreme Court of Alabama.

July 15, 1965.

Rehearing Denied Sept. 2, 1965.

Orzell Billingsley, Jr., Birmingham, and Norman C. Amaker and Michael Meltsner, New York City, for petitioner.

Richmond M. Flowers, Atty. Gen., and W. Mark Anderson, III, Asst. Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of Wilson James for certiorari to the Court of Appeals to review and revise the judgment and decision in James v. State, 177 So.2d 922.

Writ denied.

SIMPSON, MERRILL and HARWOOD, JJ., concur.